# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09CR1863-L |
| Plaintiff, | ) | |
| | ) | **ORDER TO CONTINUE** |
| vs. | ) | |
| | ) | |
| MARCO VALVERDE CASTRO, | ) | |
| | ) | |
| Defendant. | ) | |

THE COURT HEREBY ORDERS, upon joint motion of the parties, that the Monday, October 19, 2009, sentencing hearing be continued January 11, 2010, at 8:30 a.m. Good cause being shown through stipulation of the parties all time until January 11, 2010 is excluded.

**IT IS SO ORDERED.**

DATED: October 15, 2009

_____
M. James Lorenz
United States District Court Judge